IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GUSTAVO ROJAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:25-cv-1251-E |
| § | |
| SHELLPOINT MORTGAGE § | |
| SERVICING, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF REMAND**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. (ECF No. 6). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The case is therefore REMANDED to the state court from which it was removed: the 68th Judicial District Court of Dallas County, Texas, Cause No. DC-25-06964, *Gustavo Rojas v. Shellpoint Mortgage Servicing*.

**SO ORDERED this 23rd day of June, 2025**.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE